373 A.2d 459
COMMONWEALTH of Pennsylvania
v.
Walter MALLORY, Appellant.

Supreme Court of Pennsylvania.
Submitted March 7, 1977.
Decided June 3, 1977.

Lester G. Nauhaus, John H. Corbett, Jr., Pittsburgh, for appellant.

Robert E. Colville, Dist. Atty., Robert L. Eberhardt, Charles W. Johns, Asst. Dist. Attys., Pittsburgh, for appellee.

Before EAGEN, C. J. and O'BRIEN, ROBERTS, POMEROY, NIX, and MANDERINO, JJ.

OPINION OF THE COURT

PER CURIAM:

Judgment of sentence affirmed.